SIS/5832
File No.: 12571-1734
PARKER McCAY P.A.
STUART I. SEIDEN
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, New Jersey 08053
(856) 596-8900
**Attorneys for Secured Creditor, Nationstar Mortgage, LLC**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| DINO AMENDOLA<br>xxx-xx-4380 | CHAPTER 13 |
| | CASE NO. 07-11075-JHW |
| | CERTIFICATION OF DEFAULT |
| Debtor | |

I, _Etolia Manjoe_ hereby certify:

1. I am a duly authorized representative of Nationstar Mortgage, LLC, the holder of a residential first Mortgage on Debtor's real property commonly known as 355 Union Avenue, Runnemede, New Jersey 08078 and I am fully qualified and authorized to make the following Certification in support of the within relief application.

2. On June 11, 2009, an Order was entered which required Debtor, among other things, to cure post-petition mortgage arrearages that had accrued and to remain current with post-petition mortgage payments going forward.

3. To ensure Debtor complied with the terms of the June 11, 2009 Order, Movant was granted a Thirty-Day Default Clause. *(Please see this court's June 11, 2009 Order attached herewith).*

4. Debtor is in default of the June 11, 2009 Order. Please see certification of post-petition payment history (f/k/a Local Form 16) attached hereto.

5. I certify under penalty of perjury that the foregoing is true and correct.

Dated: 4/7/11

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| PARKER McCAY P.A. |
| STUART I. SEIDEN/SIS 5832 |
| Three Greentree Centre |
| 7001 Lincoln Drive West |
| P.O. Box 974 |
| Marlton, New Jersey 08053-0974 |
| (856) 596-8900 |
| Attorney for Secured Creditor, Nationstar Mortgage, LLC |

In Re:

DINO AMENDOLA
xxx-xx-4380

Debtor(s)

Case No.: 07-11075-JHW
Chapter: 13
Judge: WIZMUR

## CERTIFICATION RE POST-PETITION PAYMENT HISTORY
## ON THE NOTE AND MORTGAGE DATED MAY 24, 2005

_Edlic Munj_, of full age, employed as a _Assistant Secretary_ Nationstar Mortgage, LLC, hereby certifies the following information:

### BACKGROUND INFORMATION

1. Recorded on August 1, 2005 in Camden County, in Book 07901 at Page 1443
2. Property Address: 355 Union Avenue, Runnemede, New Jersey 08078
3. Mortgage Holder: Nationstar Mortgage, LLC
4. Mortgagor(s)/Debtor(s): Dino Amendola
5. Date debtor(s) petition was filed: January 25, 2007
6. Post-Petition payment address: Nationstar, 350 Highland Drive, Lewisville, Texas 75067

### AMOUNT OF POST-PETITION DEFAULT
### (As of March 25, 2011)

7. Amount of debtor's current monthly mortgage payment: $1,319.94
8. Amount of debtor's current monthly late Charge: $ N/A
9. Total current monthly payment including late charge: $1,319.94

10. Since the petition date, 50 payments should have been made to the mortgagee. Since the petition date, 34 payments have been made, leaving 16 payments in arrears through the payment due March 1, 2011. The total amount of post-petition payment default (monthly payments + late charge) is $19,895.25 [1 payment of $1,322.55 (12/09), plus 15 payments of $1,319.94 (1/10-3/11), less suspense balance of $1,226.40].

| | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1. | $1,305.51 | 2/1/2007 | Suspense | $675.00 | 2/15/07 | |
| | | | 2/07 | $675.00 | 2/23/07 | |
| 2. | $1,305.51 | 3/1/2007 | 3/07 | $1,325.00 | 3/20/07 | |
| 3. | $1,305.51 | 4/1/2007 | Suspense | $655.00 | 4/10/07 | |
| | | | 4/07 | $655.00 | 4/18/07 | |
| 4. | $1,305.51 | 5/1/2007 | 5/07 | $1,305.00 | 5/18/07 | |
| 5. | $1,305.51 | 6/1/2007 | 6/07 | $1,305.51 | 6/22/07 | |
| 6. | $1,595.67 | 7/1/2007 | 7/07 | $1,595.67 | 7/30/07 | |
| 7. | $1,595.67 | 8/1/2007 | 8/07 | $1,596.00 | 8/21/07 | |
| 8. | $1,595.67 | 9/1/2007 | 9/07 | $1,595.67 | 9/20/07 | |
| 9. | $1,595.67 | 10/1/2007 | 10/07 | $1,600.00 | 10/23/07 | |
| 10. | $1,595.67 | 11/1/2007 | 11/07 | $1,600.00 | 12/6/07 | |
| 11. | $1,595.67 | 12/1/2007 | 12/07 | $1,600.00 | 1/14/08 | |
| 12. | $1,588.42 | 1/1/2008 | 1/08 | $1,600.00 | 2/12/08 | |
| 13. | $1,588.42 | 2/1/2008 | 2/08-3/08 | $3,200.00 | 3/26/08 | |
| 14. | $1,588.42 | 3/1/2008 | ---- | ---- | ---- | |
| 15. | $1,588.42 | 4/1/2008 | 4/08 | $1,600.00 | 6/4/08 | |
| 16. | $1,588.42 | 5/1/2008 | 5/08 | $1,600.00 | 6/30/08 | |
| 17. | $1,588.42 | 6/1/2008 | 6/08 | $1,588.42 | 8/6/08 | |
| 18. | $1,447.89 | 7/1/2008 | 7/08 | $1,447.59 | 9/16/08 | |
| 19. | $1,447.89 | 8/1/2008 | 8/08 | $1,447.89 | 10/27/08 | |
| | $1,516.43 | Late Charges per Order | Dated 6/11/09 | $2,627.28 | 6/30/09 | |
| 20. | $1,447.89 | 9/1/2008 | 9/08-10/08 | $2,627.28 | 7/31/09 | |
| 21. | $1,447.89 | 10/1/2008 | ---- | ---- | ---- | |
| 22. | $1,447.89 | 11/1/2008 | 11/08-12/08 | $2,627.28 | 9/1/09 | |
| 23. | $1,447.89 | 12/1/2008 | ---- | ---- | ---- | |
| 24. | $1,424.67 | 1/1/2009 | 1/09-2/09 | $2,627.28 | 10/6/09 | |
| 25. | $1,424.67 | 2/1/2009 | ---- | ---- | ---- | |
| 26. | $1,424.67 | 3/1/2009 | 3/09-4/09 | $2,627.28 | 11/9/09 | |
| 27. | $1,424.67 | 4/1/2009 | ---- | ---- | ---- | |
| 28. | $1,424.67 | 5/1/2009 | 5/09 | $1,304.73 | 12/9/09 | |
| 29. | $1,424.67 | 6/1/2009 | Suspense | $395.27 | 12/16/09 | |
| | | | 6/09 | $1,300.00 | 1/19/10 | |
| 30. | $1,322.55 | 7/1/2009 | Suspense | $700.00 | 2/19/10 | |
| | | | 7/09 | $700.00 | 3/17/10 | |
| 31. | $1,322.55 | 8/1/2009 | 8/09 | $1,400.00 | 4/30/10 | |
| 32. | $1,322.55 | 9/1/2009 | 9/09 | $1,319.94 | 7/9/10 | |
| 33. | $1,322.55 | 10/1/2009 | 10/09 | $1,319.94 | 8/16/10 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 34. | $1,322.55 | 11/1/2009 | Suspense | $660.00 | 9/22/10 | |
| | | | 11/09 | $660.00 | 10/7/10 | |
| 35. | $1,322.55 | 12/1/2009 | Suspense | $660.00 | 12/8/10 | |
| 36. | $1,319.94 | 1/1/2010 | | $0.00 | | |
| 37. | $1,319.94 | 2/1/2010 | | $0.00 | | |
| 38. | $1,319.94 | 3/1/2010 | | $0.00 | | |
| 39. | $1,319.94 | 4/1/2010 | | $0.00 | | |
| 40. | $1,319.94 | 5/1/2010 | | $0.00 | | |
| 41. | $1,319.94 | 6/1/2010 | | $0.00 | | |
| 42. | $1,319.94 | 7/1/2010 | | $0.00 | | |
| 43. | $1,319.94 | 8/1/2010 | | $0.00 | | |
| 44. | $1,319.94 | 9/1/2010 | | $0.00 | | |
| 45. | $1,319.94 | 10/1/2010 | | $0.00 | | |
| 46. | $1,319.94 | 11/1/2010 | | $0.00 | | |
| 47. | $1,319.94 | 12/1/2010 | | $0.00 | | |
| 48. | $1,319.94 | 1/1/2011 | | $0.00 | | |
| 49. | $1,319.94 | 2/1/2011 | | $0.00 | | |
| 50. | $1,319.94 | 3/1/2011 | | $0.00 | | |
| Totals: | $72,118.28 | | | $52,223.03 | | |
| | | Payments less receipts: | $19,895.25 | | | |

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary):

| | |
|---|---|
| 2/07-6/07 | $1,305.51 |
| 7/07-12/07 | $1,595.67 |
| 1/08-6/08 | $1,588.42 |
| 7/08-12/08 | $1,447.89 |
| 1/09-6/09 | $1,424.67 |
| 7/09-12/09 | $1,322.55 |
| 1/10-3/11 | $1,319.94 |

**Amount Held in Suspense (if any):** $1,226.40

Effective as of January 1, 2010, the current monthly payment is comprised of:

Principal, Interest & Escrow  $1,319.94
Late Charge........._____
Other..............._____ (Specify)_____)
Total............... $1,319.94

11. Additional Charges and/or advances made post-petition:
   a. ) Post-petition bankruptcy fees/costs for within matter: $ __350.00__
   b. ) Post-petition advances made for taxes:               $_____
   c. ) Post-petition advances made for insurance:           $_____
   d. ) Other Fees                                           $_____
       (Please specify):_____

PRE-PETITION ARREARS:  December 1, 2005 to January 1, 2007 = $18,013.10 **

** Note the above pre-petition arrears only include pre-petition payments and do not include other pre-petition deficiencies, including but not limited to escrow advances, late charges, corporate advances, attorney fees, etc.

I certify under penalty of perjury that the foregoing is true and correct.

__4/7/2011__                                    __[signature]__
Date                                             Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
PARKER, McCAY, P.A.
STUART I. SEIDEN /SIS 5832
Three Greentree Centre, 7001 Lincoln Drive West, /PO Box 974
Marlton, New Jersey 08053
Attorney for Secured Creditor, Nationstar Mortgage, LLC, its successors and/or assigns



Order Filed on 6/11/2009 by U.S. Bankruptcy Court District of New Jersey

In Re:

DINO AMENDOLA
xxx-xx-4380

Case No. 07-11075

Hearing Date: May 26, 2009

Judge: WIZMUR

## ORDER RESOLVING NATIONSTAR MORTGAGE, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SUBMITTED UNDER THE 5-DAY RULE

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: 6/11/2009**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

**(Page 2)**
Debtor: Dino Amendola
Case No: 07-11075
Caption of Order: Order Resolving Nationstar Mortgage, LLC's Motion for Relief from Stay submitted under the 5-day rule

Upon consideration of Nationstar Mortgage, LLC's, its successors and/or assigns (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Debtor's outstanding post-petition mortgage arrearages for September 1, 2008 through June 1, 2009 total $15,856.01 [4 post-petition mortgage payments at $1,447.89 plus 4 late charges of $52.04 (9/08-12/08), 5 post-petition mortgage payments at $1,424.67 plus 5 late charges of $50.88 (1/09-5/09), 1 post-petition mortgage payment of $1,424.67 (6/09) and shortage accrued from late charges in the amount of $1,053.87]. Said arrearages shall be cured by debtor as follows:

    a) On or before June 30, 2009, Debtor shall remit $1,424.67 to Movant. If debtor does not tender $1,424.67 to Movant on or before June 30, 2009, then Movant may immediately submit a certification of default to the court to obtain relief from stay upon notice to debtor, debtor's attorney and the Chapter 13 Trustee.

*Approved by Judge Judith H. Wizmur June 11, 2009*

**(Page 3)**
Debtor: Dino Amendola
Case No: 07-11075
Caption of Order: Order Resolving Nationstar Mortgage, LLC's Motion for Relief from Stay submitted under the 5-day rule

      b)    In the event that debtor complies with the terms set forth in ¶ 1(a) herein then, commencing on July 1, 2009 monthly post petition mortgage payment and continuing each month thereafter through and including the June 1, 2010 monthly post-petition mortgage payment, Debtor shall cure the balance of aforesaid arrearages ($14,431.34), by tendering directly to Movant the regular monthly mortgage payment plus an additional payment of $1,202.62 which represents 1/12 of the total sum of the post petition arrearages.

      2.    Commencing with the July 1, 2010 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

      3.    Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $500.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

      4.    **Thirty-Day Default Clause:** If the debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant, its successors and/or assigns, for more than (30) days from the due date, then upon certification of non-receipt of said payments in accordance herewith submitted by secured

*Approved by Judge Judith H. Wizmur June 11, 2009*

**(Page 4)**
Debtor: Dino Amendola
Case No: 07-11075
Caption of Order: Order Resolving Nationstar Mortgage, LLC's Motion for Relief from Stay submitted under the 5-day rule

creditor's counsel, the Court shall enter an Order, vacating the automatic stay of 11 *U.S.C.* §362(a) with respect to secured creditor's enforcement of its State Law Foreclosure action against the realty commonly known as 355 Union Avenue, Runnemede, New Jersey 08078. The order submitted to the Court will not require the consent of the debtor or the debtor's counsel regarding form or substance, however, the trustee, debtor and his counsel shall be given notice of any filing of a certification of non-receipt in accordance with Rule 9072-1 of the Local Rules of Bankruptcy Procedure.

5.    Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

*Approved by Judge Judith H. Wizmur June 11, 2009*