UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
PARKER, McCAY, P.A.
OREN KLEIN / OK 8449
Three Greentree Centre, 7001 Lincoln Drive West, /PO Box 974
Marlton, New Jersey 08053
Attorney for Secured Creditor, Nationstar Mortgage, LLC, its successors and/or assigns

Order Filed on
6/16/2011
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

DINO AMENDOLA
xxx-xx-4380

Case No. 07-11075-JHW

Chapter 13

Judge: WIZMUR

## ORDER RESOLVING NATIONSTAR MORTGAGE, LLC'S CERTIFICATION OF DEFAULT SUBMITTED UNDER THE 7-DAY RULE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 6/16/2011**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

**(Page 2)**
Debtor: Dino Amendola
Case No: 07-11075-JHW
Caption of Order: Order Resolving Nationstar Mortgage, LLC's Motion for Relief from Stay submitted under the 7-day rule

---

Upon consideration of Nationstar Mortgage, LLC's, its successors and/or assigns (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The automatic stay is vacated, effective as of June 30, 2011, to permit Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

> **355 Union Avenue, Runnemede, New Jersey 08078;**
> **also designated as Lot 2, Block 129, as shown on the**
> **Official Tax Map of the Borough of Runnemede,**
> **County of Camden, State of New Jersey**

2. Movant shall serve a copy of the executed order on all interested parties who have not yet been served electronically by the Court.

*Approved by Judge Judith H. Wizmur June 16, 2011*